COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Humphreys, McCullough and Senior Judge Bumgardner


THE STANDARD COMPANIES, INC. AND
 TRAVELERS INDEMNITY INSURANCE
 COMPANY OF AMERICA
                                                          MEMORANDUM OPINION[*]
v.      Record No. 2133-12-4                                    PER CURIAM
                                                               MARCH 5, 2013
BRIAN K. SMITH


              FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

              (Michael E. Ollen; Law Offices of Roger S. Mackey, on brief), for
              appellants.

              (Lawrence J. Pascal; Ashcraft & Gerel, LLP, on brief), for appellee.


        The Standard Companies, Inc. and Travelers Indemnity Insurance Company of America

(hereinafter referred to as employer) appeal an October 23, 2012 decision of the Workers'

Compensation Commission affirming a senior claims examiner's determination that there was

not probable cause to refer employer's application to the evidentiary hearing docket.  Employer's

application alleged Brian K. Smith (claimant) unreasonably refused medical treatment.

Employer contends the commission erred in finding 1) that there was insufficient probable cause

to support the refusal to submit employer's application to the evidentiary docket, 2) that

employer is "precluded from a hearing on the issue of whether [claimant's] surgery refusal for

unrelated neck condition is not an appropriate ground for evidentiary hearing," and 3) that

claimant "did not willfully refuse medical treatment by refusing surgery for unrelated neck

condition keeping him out of work."

_____

        [*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

We have reviewed the record and the commission's opinion and find that this appeal is without merit. Accordingly, we affirm for the reasons stated by the commission in its final opinion. See Smith v. Standard Cos., VWC File No. JCN 234-14-68 (Oct. 23, 2012). We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process. See Code § 17.1-403; Rule 5A:27.

Affirmed.